[No. 30118-7-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-06227-3, Peter Jarvis, J., entered January
22, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 30278-7-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD L.
MAYFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05202-2, Frank L. Sullivan, J., entered
March 2, 1992. *Affirmed* by unpublished opinion per Baker,
J., concurred in by Pekelis, A.C.J., and Agid, J.

[No. 30063-6-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS H.
FAULKNER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 91-1-00852-8, James H. Allendoerfer, J.,
entered January 23, 1992. *Affirmed* by unpublished per
curiam opinion.

[No. 31409-2-I.    Division One.    March 28, 1994.]

*In the Matter of the Marriage of* LOREN R. SMITH,
*Appellant, and* CAROLYN C. SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-3-04206-7, Dale B. Ramerman, J., entered
August 19, 1992. *Affirmed* by unpublished opinion per Baker,
J., concurred in by Webster, C.J., and Pekelis, J.